# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00514-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Janet Yellen, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Diane J. Humetewa. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-21-00514-PHX-DJH.

Dated this 26th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge