**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
*Attorneys for Plaintiff State of Arizona*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| STATE OF ARIZONA, | No.2:21-cv-00514-DJH |
| Plaintiff, | **NOTICE OF FILING PROOF OF SERVICE** |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), notice is hereby given of filing of the Affidavit of Service, attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 8th day of April, 2021.

           **MARK BRNOVICH**
           **ATTORNEY GENERAL**

           By /s/ *Drew C. Ensign*
             Joseph A. Kanefield (No. 15838)
             Brunn W. Roysden III (No. 28698)
             Drew C. Ensign (No. 25463)
              *Assistant Attorneys General*
           *Attorneys for Plaintiff Arizona*