# Exhibit 1

Mark Brnovich
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | No. 2:21-cv-00514-DJH |
| Plaintiff, | **AFFIDAVIT OF SERVICE BY CERTIFIED MAIL** |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY; | |
| Defendants. | |

I, Carolyn Hartwick, am familiar with the facts stated in this Affidavit to show that on March 25, 2021, I served the following court papers on the parties listed below by certified mail, postage prepaid, return receipt requested:

- Complaint for Declaratory and Injunctive Relief (ECF No. 1)
- Civil Cover Sheet (ECF No. 1-1)
- Summons (ECF No. 5)
- District Judge Option Form

1

<u>Persons and Addresses Served</u>:

U.S. Department of the Treasury
c/o Janet Yellen
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220
Tracking:  9489 0090 0027 6296 7591 09

U.S. Department of the Treasury
Office of Inspector General
c/o Richard K. Delmar, Acting Inspector General
1500 Pennsylvania Ave., N.W.
Room 4436
Washington, D.C. 20220
Tracking:  9489 0090 0027 6296 7591 23

U.S. Department of the Treasury
Office of the General Counsel
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220
Tracking:  9489 0090 0027 6296 7591 16

US Attorney for the District of Arizona
c/o Civil Process Clerk
Two Renaissance Square, 40 N. Central Avenue
Suite 1800
Phoenix, AZ 85004
Tracking:  9489 0090 0027 6296 7590 93

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Tracking:  9489 0090 0027 6296 7590 86

Brian M. Boynton
Acting Assistant Attorney General
Civil Division, U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tracking: 9489 0090 0027 6296 7590 79

These court papers were received by each of the parties listed above as shown by the Proof of Service for each Defendant and attached hereto as Exhibit A.

**SENDER SIGNATURE AND DATE**

By: _____
Carolyn Hartwick

STATE OF ARIZONA        )
                        ) ss
COUNTY OF MARICOPA      )

Subscribed or sworn to or affirmed before me this 8th day of April 2021 by Carolyn Hartwick.

_____
Notary Public

(notary seal)

RACHELLE LUMPP
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 588953
Expires August 29, 2024

# Exhibit A



March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7591 09**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 30, 2021, 3:45 am |
| Location: | WASHINGTON, DC 20220 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 13lb, 0.6oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[address image]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7591 23**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 30, 2021, 3:45 am |
| Location: | WASHINGTON, DC 20220 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 12lb, 14.7oz |

**Recipient Signature**

Signature of Recipient: *[signature image]*

Address of Recipient: *[address image]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES POSTAL SERVICE

March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7591 16**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 30, 2021, 3:45 am |
| Location: | WASHINGTON, DC 20220 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 12lb, 15.4oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address, partially legible: TREASURY 20220]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7590 93**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | March 27, 2021, 2:02 pm |
| Location: | PHOENIX, AZ 85004 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 14lb, 6.2oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7590 86**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 30, 2021, 4:51 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 14lb, 8.0oz |

**Recipient Signature**

Signature of Recipient: *[signature image]*

Address of Recipient: *[address image]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 30, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6296 7590 79**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 30, 2021, 4:51 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 14lb, 5.7oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature image]* |
| Address of Recipient: | *[address image]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004