BRIAN M. BOYNTON
Acting Assistant Attorney General
STEPHEN EHRLICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | Case No. 2:21-cv-00514-DJH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Stephen Ehrlich, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

DATED: April 14, 2021   Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-9803
E-mail:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*