**MARK BRNOVICH**
**ARIZONA ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiff State of Arizona*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br>         Plaintiff,<br>    v.<br>Janet Yellen, in her official capacity as Secretary of the Treasury et al.;<br>         Defendants. | No. 2:21-cv-00514-DJH<br><br>**JOINT MOTION TO SET A BRIEFING SCHEDULE** |

# JOINT MOTION

Plaintiff and Defendants (the "Parties") hereby submit this Joint Notice regarding agreed upon dates for briefing and argument of the State of Arizona's Motion for a Preliminary Injunction (Doc. 11). The Parties move this Court to issue a scheduling order on these matters. The Parties have met and conferred regarding these issues and have come to the following joint agreement set forth below:

- The State's Motion for a Preliminary Injunction by Monday, April 5 (already filed).
- Amicus Briefs Supporting Plaintiff by Friday, April 23.
- Brief in Opposition by Friday, April 30.
- Amicus Briefs Supporting Defendants by Monday, May 3.
- Reply Brief by Monday, May 10.
- The Parties request a hearing on Plaintiff's Motion for a Preliminary Injunction at the Court's earliest availability on any date on or after May 17, 2021. Telephonic/videoconference appearances shall be allowed.

A proposed form of order is attached.

RESPECTFULLY SUBMITTED this 14th day of April, 2021.

| | |
|---|---|
| MARK BRNOVICH<br>ARIZONA ATTORNEY GENERAL | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| By: /s/ Brunn W. Roysden III<br>  Joseph A. Kanefield (No. 15838)<br>  Brunn W. Roysden III (No. 28698)<br>  Drew C. Ensign (No. 25463)<br>  Robert J. Makar (No. 33579)<br>  Assistant Attorneys General | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch |
| *Attorneys for Plaintiff* | /s/ *Stephen Ehrlich*<br>CHARLES E.T. ROBERTS<br>STEPHEN EHRLICH<br>Trial Attorneys<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC  20005<br>Phone: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

     s/ Brunn W. Roysden III
*Attorney for the State of Arizona*