**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
*Attorneys for Plaintiff State of Arizona*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | No. 2:21-cv-00514-DJH |
| Plaintiff, | **NOTICE OF FILING PROOF OF SERVICE** |
| v. | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY; | |
| Defendants. | |

Pursuant to the Court's March 26, 2021 Order (Dkt. 10), notice is hereby given of filing of the Affidavit of Service, attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 15th day of April, 2021.

                                                        **MARK BRNOVICH**
                                                        **ATTORNEY GENERAL**

                                                        By */s/ Drew C. Ensign*
                                                           Joseph A. Kanefield (No. 15838)
                                                           Brunn W. Roysden III (No. 28698)
                                                           Drew C. Ensign (No. 25463)
                                                             *Assistant Attorneys General*
                                                      *Attorneys for Plaintiff Arizona*