# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00514-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Janet Yellen, et al., | |
| Defendants. | |

Before the Court is a Joint Motion to Set a Briefing Scheduling on Plaintiff's pending Motion for Preliminary Judgment (Doc. 14). In addition to a briefing schedule, the Parties request dates for amicus curie to file supportive briefs, and seek permission to appear telephonically or by videoconference at a hearing on the Motion for Preliminary Judgment. The Court will partially **grant** and partially **deny** the Joint Motion (Doc. 14).

**IT IS ORDERED** that the following briefing schedule is set for Plaintiff's Motion for a Preliminary Injunction:

1. Amicus Briefs Supporting Plaintiff's Motion for a Preliminary Injunction (Doc. 11) must be filed by **Friday, April 23, 2021**;
2. Defendants' Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction must be filed by **Friday, April 30, 2021**;
3. Amicus Briefs Supporting Defendants' Opposition must be filed by **Monday, May 3, 2021**.
4. Plaintiff's Reply Brief in Support of its Motion for a Preliminary Injunction must

be filed by **Monday, May 10, 2021**.

**IT IS FURTHER ORDERED** that any amicus brief filed with the Court shall be limited to **ten (10) pages**.

**IT IS FURTHER ORDERED** setting a hearing on the Motion for a Preliminary Injunction (Doc. 11) for **Tuesday, June 22, 2021, at 9:30 a.m.** in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.   The request to appear telephonically or by videoconference at the hearing is **denied**, without prejudice.

Dated this 14th day of April, 2021.

Honorable Diane J. Humetewa
United States District Judge