# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00514-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Janet Yellen, et al., | |
| Defendants. | |

This matter arises pursuant to the parties' statements made during the June 22 oral argument. Specifically, the parties indicated that this matter requires no further factual or procedural development and the only issues before the Court are legal in nature. Upon a review of the record, the Court agrees. Therefore, the Court will consolidate its pending decision on Plaintiff's Motion to Enter Preliminary Injunction with a decision on the merits. *See* Fed. R. Civ. P. 65(a)(2). To ensure the parties are satisfied with the state of their briefing, the Court will permit each party to file one last brief to discuss any issue they believe deserves final treatment.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will consolidate its pending decision on Plaintiff's Motion to Enter Preliminary Injunction with a decision on the merits.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** the parties may submit a final brief of eleven pages or fewer no later than fourteen (14) days after this date of this Order.

Dated this 23rd day of June, 2021.

Honorable Diane J. Humetewa
United States District Judge