# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Janet Yellen, et al.,<br><br>　　　　　Defendant. | **NO. CV-21-00514-PHX-DJH**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 22, 2021, judgment is entered and this case is dismissed.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 22, 2021

　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　By　Deputy Clerk