BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | Case No. 2:21-cv-00514-DJH |
| Plaintiff, | **JOINT MOTION TO SET BRIEFING SCHEDULE** |
| v. | |
| Janet Yellen, in her official capacity as Secretary of the Treasury, *et al.*, | |
| Defendants. | |

Under the Court's order, the parties have conferred about "the manner in which they would like to proceed in this matter in light of the Ninth Circuit Mandate and Memorandum Order." ECF No. 77. Plaintiff has filed a renewed preliminary-injunction motion and a motion to consolidate its motion with a trial on the merits under Fed. R. Civ. P. 65(a)(2). ECF Nos. 78 & 79. Defendants believe that the merits of this case can be adjudicated on the previous briefing and argument, with supplemental briefing as the Court deems necessary. *See* ECF Nos. 11, 31, 32-1, 47, 48, 59, 60. Plaintiff believes the briefing schedule below is necessary, particularly in light of recent case law discussed in Plaintiff's renewed motion, which has emerged since the filing of Plaintiff's original preliminary-injunction motion.

If the parties are to litigate Plaintiff's preliminary-injunction motion, Defendants agree that this motion may be consolidated with a trial on the merits under Fed. R. Civ. P. 65(a)(2), and the parties further agree on the following briefing schedule:

| Brief | Due Date | Page Limit |
|---|---|---|
| Plaintiff's renewed motion for preliminary and permanent injunction | October 7, 2022 (already filed) | 17 pages |
| Defendants' combined opposition to Plaintiff's motion and cross motion to dismiss | November 4, 2022 | 17 pages |
| Plaintiff's combined reply in support of its motion and opposition to Defendants' motion | November 25, 2022 | 17 pages |
| Defendants' reply in support of their motion | December 16, 2022 | 11 pages |

The parties therefore request that the Court enter the above-referenced schedule; a proposed order is attached. If the Court would like to proceed with the October 18, 2022 status conference, the parties request that this conference be held telephonically or by videoconference.

| | |
|---|---|
| DATED: October 7, 2022 | Respectfully submitted, |
| MARK BRNOVICH<br>ARIZONA ATTORNEY GENERAL | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General |
| By: /s/ *Linley Wilson*<br>    Brunn W. Roysden III (No. 28698)<br>    Drew C. Ensign (No. 25463)<br>    Linley Wilson (No. 027040)<br>    Andrew Reilly (No. 029138)<br>    Robert Makar (No. 33579)<br>        Assistant Attorneys General | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch |
| *Attorneys for Plaintiff* | /s/ *Stephen Ehrlich*<br>MICHAEL P. CLENDENEN<br>STEPHEN EHRLICH<br>Trial Attorneys<br>Civil Division,<br>Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov<br><br>*Attorneys for Defendants* |