# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00514-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Janet Yellen, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Motion to Set a Briefing Schedule (Doc. 80) on Plaintiff's Renewed Motion for Preliminary and Permanent Injunction and Defendants' Motion to Dismiss. Plaintiff has also filed a Motion to Consolidate (Doc. 79), seeking to consolidate a trial on the merits of the Complaint with the hearing on Plaintiff's Motion for Preliminary and Permanent Injunction. Therein, Plaintiff represents that if the Court adopts the parties' proposed briefing schedule, Defendants will not oppose the Motion to Consolidate. (Doc. 79 at 2).

Accordingly,

It is **HEREBY ORDERED** that the Joint Motion to set a Briefing Schedule (Doc. 80) is **GRANTED**. The parties' agreed-upon briefing schedule is **APPROVED** and shall be as follows:

/ / /

/ / /

/ / /

| Brief | Due Date | Page Limit |
|---|---|---|
| Plaintiff's renewed motion for preliminary and permanent injunction | October 7, 2022, (already filed) | 17 pages |
| Defendants' combined opposition to Plaintiff's motion and cross motion to dismiss | November 4, 2022 | 17 pages |
| Plaintiff's combined reply in support of its motion and opposition to Defendants' motion | November 25, 2022 | 17 pages |
| Defendants' reply in support of their motion | December 16, 2022 | 11 pages |

**IT IS FURTHER ORDERED** that the Motion to Consolidate (Doc. 79) is **GRANTED**.

**IT IS FINALLY ORDERED** that the October 18, 2022, Status Conference is **VACATED**.

Dated this 7th day of October, 2022.

*[signature]*

Honorable Diane J. Humetewa
United States District Judge