KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

ANDREW STUART REILLY
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 542-4686
CADOCKET@AZAG.GOV
(STATE BAR NUMBER 029138)

Attorneys for Respondent

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br>　　　　Plaintiff,<br>　v.<br>Janet Yellen, in her official capacity as Secretary of the Treasury et al.;<br>　　　　Defendants. | CV–21–00514–PHX–ROS<br><br>**NOTICE OF WITHDRAWAL** |

　　NOTICE IS HEREBY GIVEN that Andrew Reilly is withdrawing as counsel for Plaintiff State of Arizona in this matter. All other counsel for Plaintiff State of Arizona will remain the same.

　　The Clerk of the Court is requested to terminate Andrew Reilly as counsel for Plaintiff State of Arizona and discontinue sending him ECF notices in this case.

　　DATED this 11th day of January, 2023.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Kristin K. Mayes
　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　J.D. Nielsen
　　　　　　　　　　　　　　　Habeas Unit Chief

　　　　　　　　　　　　　　　s/ Andrew Stuart Reilly
　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　Attorneys for Respondents

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

S/ CIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28