# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>   Plaintiff,<br><br>v.<br><br>Janet Yellen, et al.,<br><br>   Defendants. | No. CV-21-00514-PHX-ROS<br><br>**ORDER** |

The parties have stipulated to stay this case for sixty days. Good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 97) is **GRANTED**. This case is stayed pending further Order of the Court.

**IT IS FURTHER ORDERED** the parties shall file a joint status report no later than **March 27, 2023**.

Dated this 23rd day of January, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge