KRISTIN K. MAYES
Attorney General
(Firm State Bar No. 14000)
Robert J. Makar (No. 033579)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Email: Robert.Makar@azag.gov

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
1. E. Washington Street, Suite 2700
Phoenix, AZ  85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        tolson@swlaw.com

*Attorneys for Plaintiff State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Janet Yellen, in her official capacity as Secretary of the Treasury, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-00514-PHX-ROS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff State of Arizona hereby voluntarily dismisses this action without prejudice. The parties have agreed that each party shall bear its own fees and costs.

　　.

DATED this 24th day of March, 2023.

                    SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
      Brett W. Johnson
      Colin P. Ahler
      Tracy A. Olson
      1. E. Washington Street, Suite 2700
      Phoenix, AZ 85004

KRISTIN K. MAYES
ATTORNEY GENERAL

Robert J. Makar (No. 033579)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Email: Robert.Makar@azag.gov

*Counsel for Plaintiff State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Tracy Hobbs*

- 3 -